**Order filed August 4, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00569-CR
_____

**WALTER R SAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1419418**

## ORDER

Relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Those items are:

1.    the court's charge to the jury; and

2.    the jury's verdict

Accordingly, the Harris County District Clerk is directed to (1) file a supplemental clerk's record on or before **August 15, 2016**, containing the documents

listed above; (2) furnish the supplemental clerk's record to appellant so that he may prepare a pro se brief in response to the brief filed by his appointed counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967); and (3) certify to this court the date on which delivery of the supplemental clerk's record to appellant is made.

If a requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM